Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-00193 |
| ) | Judge Trauger |
| RAUL PALOMO-CARILLO ) | |

### FIFTH MOTION TO CONTINUE TRIAL DATE

Comes Raul Palomo-Carillo, through counsel, and moves this Honorable Court to continue the trial of his case from February 26, 2013, to a date appropriate to the Court's calendar in April, 2013. Mr. Palomo-Carillo is in agreement that a continuance is necessary to investigate a possible defense to this charge. On February 14, 2013, Mr. Palomo executed a Waiver of Speedy Trial, which will be filed with this motion. Darryl Stewart, the Assistant United States Attorney handling the case for the Government, has been informed of this motion and the reasons therefore.

This request for a continuance is based upon the same reasons set forth in prior motions. Mr. Palomo has a legitimate claim to derivative citizenship due to his father's history. His family has hired an established immigration law firm to pursue his claim of citizenship.